UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIGI ABREU, *individually and on behalf of all others similarly situated*, | |
| Plaintiff, | No. 22-CV-1209 (RA) |
| v. | ORDER |
| CASTLE FOODS LLC, | |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

On February 23, 2022, the Court directed the parties to submit a joint status letter within 45 days of service of the summons and complaint, requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter. Dkt. 5. Defendant appears to have been served on March 1, 2022, but the Court has not yet received that letter. The parties shall submit the status letter no later than April 22, 2022.

SO ORDERED.

Dated:   April 19, 2022
         New York, New York

                                              _____
                                              Ronnie Abrams
                                              United States District Judge