UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI ABREU, *individually and on behalf of all others similarly situated*,

                Plaintiff,

        v.

CASTLE FOODS LLC,

                Defendant.

No. 22-CV-1209 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On February 23, 2022, the Court directed the parties to submit a joint status letter within 45 days of service of the summons and complaint, requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter.  Dkt. 5.  On April 19, 2022, the Court directed the parties to submit the status letter by no later than April 22, 2022.  Dkt. 7.  The Court has still not received that letter, nor has it heard from the parties since the complaint was filed.  **The parties shall submit their letter by May 13, 2022; otherwise, the Court will dismiss the action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

SO ORDERED.

Dated:    May 11, 2022
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge